IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

    Gwendolyn P. Glaize      * Case No.
                                    * Chapter 13
                                    *
        Debtor(s)                    *
\* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \*

STATEMENT PURSUANT TO RULE 2016(b)

    The undersigned, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that the compensation paid or promised by the debtor(s), to the undersigned, is as follows:

    For legal services rendered, the debtor(s) has agreed to retain the undersigned counsel on a flat fee of $4925.00 plus filing fee and all credit counseling.

    Prior to the filing of this statement, the undersigned counsel has received on behalf of the debtor(s) the sum of $1487.00 towards fee plus the $313.00 for the filing fee.  The remaining balance of $3438.00 shall be paid through the plan. Elects 4B fee agreement.

    The filing fee has been paid.

    The services rendered or to be rendered include the following:

    (a)  Analysis of the financial situation, and rendering of advice and assistance to the client in determining whether to file a petition under title 11, United States Code.

    (b) Review and amend the petition, schedules of assets and liabilities, and statement of affairs.

    ( c)  Representation of the client for Motion for Relief from Stay.

    (d) Advising the of the client regarding requests for information and documents made by the trustee and creditors.

    (e)  Representation of client for the duration of the Chapter 13 Plan.

    Under the terms of the fee agreement, counsel hereby agrees to represent the debtor(s) for the duration of the bankruptcy proceeding.  With the exception of adversary proceedings and U.S. Trustee audits, for which separate arrangements may be made, counsel must represent their client in all matters in the bankruptcy case as long as counsel is counsel of record.  This includes defending motions, including motions for

relief from stay, and bringing objections to claims and prosecuting motions on behalf of debtor. After the initial engagement, counsel may not demand payments from the debtor as a precondition to doing work. Counsel must remain as counsel of record until the entry of a court order allowing the withdrawal of appearance, or until the case is dismissed or closed.

The undersigned further states that the source of monies paid by the debtor(s) to the undersigned was and is, earnings, wages and compensation for services performed, and was paid by the debtor(s).

Respectfully submitted,

| | |
|---|---|
| __September 16, 2021__ | /s/ Candy L. Thompson |
| Date | Candy L. Thompson, Esquire |
| | Trial Bar No. 024010 |
| | 201 N. Charles Street, Suite 804 |
| | Baltimore, Maryland 21201 |
| | (410) 385-2626 |
| | Attorney for Debtor(s) |

September 16, 2021           _/s/ Gwendolyn P. Glaize _____
Date:                                    Gwendolyn P. Glaize

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

In re   **Gwendolyn Patricia Glaize**                                                           Case No.
Debtor(s)                                                                                        Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **0.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 16, 2021** | **/s/ Candy L. Thompson** |
| *Date* | **Candy L. Thompson 024010** |
| | *Signature of Attorney* |
| | **Candy L. Thompson, Esquire** |
| | **201 North Charles Street** |
| | **Suite 804** |
| | **Baltimore, MD 21201** |
| | **410-385-2626  Fax: 410-244-0750** |
| | **cthompson@candythompsonlaw.com** |
| | *Name of law firm* |