Baltimore County Department of Finance  
400 Washington Ave  
Room  
100  
Towson, MD 21204


Bank of America  
P.O. Box 982238  
El Paso, TX 79998


Bank of America  
1001 Liberty AVe  
Pittsburgh, PA 15222


Barclays Bank Delaware  
PO Box 8803  
Wilmington, DE 19899


BMW Bank of North America  
P.O. Box 3628  
Dublin, OH 43016


BMW of North America Department  
AIS Portfolio Services LP  
4515 N Santa Fe Avenue, Dept. APS  
Oklahoma City, OK 73118


BWW Law Group Inc  
6003 Executive Blvd, Suite 101  
Rockville, MD 20852


Capital One Bank USA NA  
PO Box 30281  
Salt Lake City, UT 84130


Central Collection Unit  
300 W. Preston Street  
Rm 500  
Baltimore, MD 21201-2308

```
DLLR
500 North Calvert Street #401
Baltimore, MD 21202


DSNB / Macys
PO Box 8218
Mason, OH 45040


DSNB / Macys
PO Box 8218
Mason, OH 45040


FedChoice Federal Credit Union
10001 Willowdale Rd
Lanham, MD 20706-4321


FedChoice Federal Credit Union
10001 Willowdale Rd
Lanham, MD 20706-4321


FedChoice Federal Credit Union
10001 Willowdale Rd
Lanham, MD 20706-4321


Great Eastern Resorts
PO Box 6006
Charlottesville, VA 22906


Great Eastern Resorts
610 west Rio rd.
Po.box 6006
Charlottesville, VA 22906


IRS
P.O. Box7346
Philadelphia, PA 19101
```

IRS
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201


Law Office of Cynthia Hitt Kent, LLC
10 Crossroads Drive, Suite 107
Owings Mills, MD 21117


Law Office of Heidi S. Kenny, LLC
11426 York Road, 1st Floor
Cockeysville, MD 21030


MDTA
P.O. Box 17600
Baltimore, MD 21297-7600


Meridian Financial Services
P.O. Box 1410
Asheville, NC 28802


MVA
6601 Ritchie Highway NE
Glen Burnie, MD 21062


Robertson, Anschutz, Schneid, Crane
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097


Robertson, Anschutz, Schneid, Crane &
10700 Abbott's Bridge Rd, Suite 170
Duluth, GA 30097


Sears/ CBNA
5800 South Corporate Place
Sioux Falls, SD 57108

Selene Finance
120 Gibral Tar Road
Suite 300
Horsham, PA 19044


Shell/Citibank
5800 South Corporate Place
Sioux Falls, SD 57108


Smile Forever Dentistry
8890 McDonogh Road Suite 315
Owings Mills, MD 21117-5453


State of Maryland
The Comptroller of Treasury
301 West Preston Street
Room 409
Baltimore, MD 21201-7277


State of Maryland
The Comptroller of Treasury
110 Carroll Street
Annapolis, MD 21411


Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Synchrony Bank/Lowes
P.O. Box 965005
Orlando, FL 32896


The Home Depot / CBNA
5800 South Corporate Place
Sioux Falls, SD 57108

```
The Villages at Woodholme Condo. Associa
10 Crossroads Drive, Suite 107
Owings Mills, MD 21117


The Villages at Woodholme Condo. Associa
10 Crossroads Drive, Suite 107
Owings Mills, MD 21117


Trojan Professional Services
P.O. Box 120
Los Alamitos, CA 90720


Unifund CCR LLC
10625 Techwoods Ci
Cincinnati, OH 45242
```