IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| In Re: | |
|---|---|
| Gwendolyn P. Glaize | Bankruptcy Case No. 21-15885 |
| | Chapter 13 |
| Debtor(s) | |

## PRE-CONFIRMATION CERTIFICATION

Debtor(s) hereby certify under penalty of perjury that the following are true and correct:

Debtor(s) has/have paid all fees, charges, and amounts required under 28 U.S.C. §1930 and Appendix thereto (Miscellaneous Fee Schedule), or by the plan (i.e. adequate protection payments) to be paid before confirmation.

Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Date:__January 13, 2022___     _/s/ Gwendolyn P. Glaize__
                               Gwendolyn P. Glaize