_____     ✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**     Evidentiary Hrg: Y (N)
                                                  Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 01/18/2022 Time: 10:00

**CASE: 21-15885 (Gwendolyn Patricia Glaize)**

(Candy L. Thompson) representing Gwendolyn Patricia Glaize (Debtor)

__ G. Vetter  (D. Piekarz)
       representing Gerard Richard Vetter (Trustee)

[23] Amended Chapter 13 Plan. Amount of Payments per Month: $1000.00, Number of Months:60, Filed by Gwendolyn Patricia Glaize. (Attachments: #s1 List of All Creditors)

**MOVANT** : Gwendolyn Glaize BY C Thompson

~~DISPOSITIONS:~~

[23] Plan: (Confirmed) Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
~~Denied~~ without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

    Granted    _____    Sustained   _____    Denied     _____
    Overruled  _____    Withdrawn   _____    Under Adv. _____
    Moot       _____    Consent     _____    Dismissed  _____
    O.T.J. Fee _____

DECISION:

    [ ] Signed by Court              [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel          [ ] Court
        [ ] Respondent's counsel      [ ] Other _____

NOTES:

No objection filed.