Entered: January 19th, 2022
Signed: January 19th, 2022
**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| IN RE:<br><br>Gwendolyn Patricia Glaize,<br>       DEBTOR(S). | CHAPTER 13<br>CASE NO.: 21-15885 |
|---|---|
| Selene Finance LP<br>       MOVANT,<br>v.<br><br>Gwendolyn Patricia Glaize, DEBTOR<br>Gerard Richard Vetter, TRUSTEE<br>       RESPONDENTS. | FILED PURSUANT TO 11 U.S.C<br>SECTIONS 362 |

### CONSENT ORDER ON AGREED MOTION FOR RELIEF FROM STAY REGARDING PROPERTY AT 4223 CHASTETREE CT., PIKESVILLE, MARYLAND 21208

This cause came for consideration upon the Agreed Motion for Relief from Stay (the "Motion") (ECF No. 28) filed by Selene Finance LP (the "Movant") with the Consent of Gwendolyn Patricia Glaize (the "Debtor"), as evidenced by the signature of their undersigned attorneys, it is therefore:

**ORDERED:**

1. The Motion is **GRANTED**.

2. The automatic stay provided by 11 U.S.C. § 362 is hereby **TERMINATED** to permit Movant, to pursue its remedies under State law under the Deed of Trust recorded among the

1

Land Records of Baltimore County, on the property known as 4223 CHASTETREE CT., PIKESVILLE, MARYLAND 21208 (the "Property").

3. The automatic stay shall not be re-imposed by conversion of this case to another chapter of the United States Bankruptcy Code.

4. The Movant is exempt from further compliance with F. R. Bankr. P. 3002.1.

5. This Order applies to successors-in-interest to the Movant and the fourteen (14) day stay of the relief from stay pursuant to Rule 4001 (a)(3) is hereby waived.

Consented to by:

/s/ *Candy Thompson*
Candy L. Thompson
Attorney for Debtor

/s/ Jason Murphy
Jason Murphy
Attorney for Movant

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Jason Murphy
Jason Murphy

cc:
Selene Finance LP
Gwendolyn Patricia Glaize
Candy L. Thompson, LLC
Gerard Richard Vetter

**End of Order**